

```
                              _____
                                       DUNCAN W. KEIR
                                    U. S. BANKRUPTCY JUDGE
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **IN RE: DANA A. DUCHARME** | : | |
| | : | Case No. 09-20906-DWK |
| Debtor, | : | |
| | : | Chapter 13 |
| _____ | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary No. 10-00189 |
| | : | |
| **DANA A. DUCHARME,** | : | |
| | : | |
| Defendant. | : | |

...o0o...

### ORDER OF DEFAULT JUDGMENT

**AND NOW**, this ____ day of _____, 2010, upon consideration of the Motion for Entry of Default Judgment, and pursuant to Federal Rule of Bankruptcy Procedure 7055 (incorporating Federal Rule of Civil Procedure 55(b)), it is hereby **ORDERED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff United States of America and against Defendant Dana A. Ducharme. It is further **DECLARED** that, pursuant to 11 U.S.C. § 523(a)(2)(A), Defendant Dana A. Ducharme's debt to the United States of America in the amount of $100,782.40 is **NON-DISCHARGEABLE**.

cc:   Defendant-Debtor
      Trustee
      Counsel for Plaintiff

**END OF ORDER**